# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7029M |
| PATRICIA MILLER | JAMES DOSTAL |

**THE DEFENDANT:**
Pleaded guilty to count one of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(1)(b) | Driving While Ability Impaired | 1/27/2006 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

5/10/2006
Date of Imposition of Judgment

s/Daniel B. Sparr
Signature of Judicial Officer

Daniel B. Sparr
Senior U.S. District Judge
Name & Title of Judicial Officer

5/10/2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two (2) days suspended on the condition of successful completion of 6 months unsupervised probation.

## PROBATION

The defendant is hereby placed on unsupervised probation for a term of six months.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall complete a Level II Alcohol/Drug Education program and shall provide proof of completion of same to the government.

Defendant shall complete forty hours of community service, 2 hours of which shall be with the MADD organization.

Defendant shall have 8 points assessed against her driving privileges.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations on or before July 1, 2006.

|  | **Fees and Costs** | **Fine** | **Restitution** |
|---|---|---|---|
| Spec Assmt | $25.00 | $150.00 | |
| **TOTALS** | $25.00 | $150.00 | $0.00 |